474 A.2d 667

Commonwealth v. Brooks, Appellant.

Submitted July 28, 1983. William P. Fedullo, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.